IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUDITH PARKER and BRYAN PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>JACK IN THE BOX, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 17-cv-1000 |

**NOTICE OF REMOVAL**

NOW COMES Defendant JACK IN THE BOX, INC., by and through its undersigned attorneys, Hinshaw & Culbertson LLP, and pursuant to 28 U.S.C. 1441 and 1446 hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. 1332 and states the following grounds for removal:

1. On July 26, 2017, Plaintiffs filed a Complaint against Jack in the Box, Inc. in the Circuit Court, Third Judicial Circuit, Madison County, Illinois, Case No. 2017-L-1080 (the State Court Case"). A true and accurate copy of all documents filed in the State Court Case is attached hereto and incorporated herein by reference as **Exhibit A**.

2. Plaintiffs served their Complaint on Jack in the Box, Inc. on August 17, 2017.

3. Under 28 U.S.C. 1446(b), a notice of removal may be filed within 30 days after receipt by a defendant of a pleading from which it may first be ascertained that the case is removable. As such, this Notice of Removal is timely filed under 28 U.S.C. 1446(b).

4. Pursuant to 28 U.S.C. 1446(a), the State Court Case may be removed to this Court, being the United States District Court for the Southern District of Illinois, which embraces Madison County, Illinois within its jurisdiction.

5. This Notice of Removal is being filed pursuant to 28 U.S.C. 1332, 1441, and 1446 based upon diversity jurisdiction.

6. Pursuant to 28 U.S.C. 1332(a)(1), a district court has original jurisdiction of all civil actions between citizens of different states where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. The United States District Court for the Southern District of Illinois has jurisdiction over Plaintiffs' claims due to diversity of citizenship of the parties, which is as follows:

a. Plaintiffs are married as alleged in their Complaint. According to Facebook, Plaintiff Judith Parker "lives in Granite City, Illinois". *See* Judith Parker Facebook Profile attached hereto as **Exhibit B**. Therefore, upon information and belief, Plaintiffs are citizens of Illinois.

b. Jack in the Box, Inc. is a Delaware corporation and its principal place of business is in California. Therefore, Jack in the Box, Inc. is a citizen of Delaware and California for purposes of diversity jurisdiction. Jack in the Box, Inc., however, is not a proper party to this litigation because its franchisee, Illinois Jack, LLC ("Illinois Jack"), operated the restaurant at which Plaintiff Judith Parker allegedly fell.

c. As a limited liability company, Illinois Jack's citizenship turns upon the citizenship of its members. Illinois Jack's sole member is another limited liability company: Conquest Foods, LLC. The members of Conquest Foods, LLC are Kelly Kuhlmann, who is a citizen of Missouri, and TNH Partners, LLC. The members of TNH Partners, LLC are Terry Shindle, Hamid Sharafatian, and Navid Sharafatian, each of whom is a citizen of California. Therefore, Illinois Jack is a citizen of Missouri and California for purposes of diversity jurisdiction.

8. Upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. Plaintiff's counsel executed an Affidavit averring that Plaintiffs' damages exceed the sum of $50,000. *See* Ex. A. Moreover, Count I of Plaintiffs' Complaint alleges that Plaintiff Judith Parker's medical and hospital treatment alone exceeds

$29,000. Count I further alleges other past and future damages to Plaintiff Judith Parker, and Count II alleges distinct damages relating to Plaintiff Bryan Parker.

9. As such, there is a good faith basis to believe that the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. Jack in the Box, Inc., however, denies it is liable to Plaintiffs.

10. Thus, removal to this Court is proper under 28 U.S.C. 1332, 1441, and 1446, as complete diversity of citizenship exists between Plaintiffs and Jack in the Box, Inc. (as well as Illinois Jack) and because the amount in controversy exceeds the sum of $75,000.

11. Attorney for Plaintiffs, James E. Parrot, 1221 Locust St., Suite 1000, St. Louis, MO 63103, is hereby notified that the aforementioned case has been removed to the United States District Court, Southern District of Illinois.

12. A Notice of Filing of Notice of Removal and a copy of this Notice of Removal are being filed in the Third Judicial Circuit, Madison County, Illinois and copies of the same are being mailed to counsel for Plaintiffs pursuant to 28 U.S.C. 1446. The Notice of Filing of Notice of Removal is attached hereto as **Exhibit C.**

WHEREFORE, for the foregoing reasons, Jack in the Box, Inc. prays this action be removed in its entirety from the Circuit Court for the Third Judicial Circuit, Madison County, Illinois to the United States District Court, Southern District of Illinois and for any other relief that the Court deems just and equitable under the circumstances.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ Kyle Christopher Oehmke
One of Its Attorneys

Kyle Christopher Oehmke #06300461
koehmke@hinshawlaw.com
Hinshaw & Culbertson LLP
521 West Main Street, Suite 300
Belleville, IL 62220
Telephone: 618-277-2400
Facsimile: 618-277-1144
Attorneys for Defendant
JACK IN THE BOX, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I caused the Defendant's **NOTICE OF REMOVAL** to be electronically filed with the Clerk of the Court through the CM/ECF system with a copy of the same to be served by regular mail to the following:

James E. Parrot
James E. Parrot Law Office
1221 Locust Street, Suite 1000
St. Louis, MO 63103
Phone: 314-621-4100
Fax: 314-621-4122
parrotlaw@sbcglobal.net
***Attorney for Plaintiffs***

/s/ Kyle Christopher Oehmke