# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDITH PARKER and BRYAN PARKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No.   17-cv-1000 JPG/RJD |
| ) | |
| ILLINOIS JACK, LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: July 25, 2018

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE